UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
AMERICAN ENTERPRISE SERVICES   )
COMPANY,                       )
                               )
     Plaintiff,                )
                               )
          v.                   )   NO.  3:08-1104
                               )   Magistrate Judge Bryant
CYNTHIA CLARK,                 )   Jury Demand
                               )
     Defendant.                )
```

### O R D E R

On March 4, 2010, the Court entered an order (Docket Entry No. 64) reciting that counsel had reported to the Court that this case has been settled. This order further directed the parties to file with the Court a stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure as soon as the parties had completed the process of documenting their settlement. Since the date of this previous order, no stipulation of dismissal has been filed.

The parties are hereby **ORDERED** to file on or before **May 5, 2010**, a stipulation and proposed order dismissing this case.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge