UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN ENTERPRISE SERVICES COMPANY, ) ) ) Plaintiff, ) ) v. ) ) CYNTHIA CLARK, ) ) Defendant. ) | NO. 3:08-1104 Magistrate Judge Bryant **Jury Demand** |

### O R D E R

Approximately two months ago counsel for the parties advised the Court that the parties had settled this case and were in the process of circulating settlement documents for signatures. Since then the Court has ordered the parties, on two occasions, to file a stipulation of dismissal as soon as their settlement was consummated (Docket Entry Nos. 64 and 65). Despite these orders, the parties have filed nothing.

Given the foregoing, including the parties' failure to file a stipulation of dismissal as ordered by the Court, the Clerk is directed to close this file.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge